IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STERLING ROBERT OWENS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2371

Opinion filed July 2, 2014.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Sterling Robert Owens, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Charles R. McCoy, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.